IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE LOOR-NICOLAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-1221 |
| ARKEMA, INC., | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 22 nd day of November, 2013, upon consideration of the Motion for Disqualification and Recusal of United States District Judge Robert F. Kelly (Doc. No. 43) filed by Kolman Ely, P.C., and Defendant Arkema Inc.'s Response in Opposition to Plaintiff's Counsel's Motion for Disqualification and Recusal (Doc. No. 46), it is hereby **ORDERED** that the Motion is **DENIED.**

**IT IS FURTHER ORDERED** that, based upon the reasons set forth in the Memorandum Opinion, I voluntarily **RECUSE** myself from this action.[1]

BY THE COURT:

/s/ Robert F. Kelly
  Robert F. Kelly,      Sr. J.

---

[1] Currently, there are two outstanding motions: Plaintiff's Motion to Quash Subpoena of Timothy M. Kolman, Esq. (Doc. No. 37) and the unopposed Motion to Withdraw as Counsel by Kolman Ely, P.C. (Doc. No. 42). Also, my Amended Order dated November 4, 2013 (Doc. No. 41) sanctioning Plaintiff's counsel for $2,964.00 remains held in abeyance pending further order of the Court (Doc. No. 45).